MARYANN IMPERATO et al., Respondents, v MOUNT SINAI MEDICAL CENTER et al., Appellants.

Submitted October 17, 2011; decided November 22, 2011

Motion to vacate this Court's September 26, 2011 preclusion order granted.